

**IT IS SO ORDERED.**
**Signed January 23, 2015**

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>Christian Camarillo<br><br>Debtor(s)_____/ | Chapter<br>Case No. 12-58648 ASW<br><br>ORDER ON OBJECTION TO CLAIM<br><br>CLAIMANT: Capital One N.A.; transferee eCast Settlement Corp.<br>CLAIM NO: 6-1 |

Upon consideration of the REQUEST FOR DEFAULT ORDER RE OBJECTION TO CLAIM to the above Claim and good cause appearing therefore,

IT IS HEREBY ORDERED that the default of the above-referenced Claimant is entered and the Objection is sustained. Claim No. 6-1 filed on 3/1/2013 by Capital One N.A. (Best Buy Co. Inc.); transferred to eCast Settlement Co. is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ✗ | allowed as an unsecured claim in the amount of: | $ 2,450.55_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| ___ | disallowed in its entirety. | |
| ___ | _____. | |

** END OF ORDER **

Rev. 2/05

Court Service List

All parties served by electronic transmission